**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD<br><br>Plaintiffs,<br>V.<br><br>Z-MEDICA CORPORATION<br><br>Defendant. | CIVIL NO.<br><br>CA 08 44 ML<br><br><br><br><br><br>February 6, 2008 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, the defendant, Z-Medica Corporation ("Z-Medica"), hereby submits this notice of removal of this civil action from the Superior Court of Rhode Island, Providence County ("Rhode Island Superior Court") to the United States District Court, District of Rhode Island. Removal of this action, as explained below, is based upon diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

**The Parties**

1. The defendant, Z-Medica Corporation, is a corporation duly organized and existing under the laws of the State of Connecticut engaged in the production and marketing of, *inter alia*, life-saving medical products, including QuikClot® brand haemostatic agents and other blood clotting medical products, with its principal place of business in Wallingford, Connecticut.

2. Upon information and belief, the plaintiff, AmTrans Health, LLC ("AmTrans"), is a company duly organized and existing under the laws of the State of Rhode Island with its

principal place of business in Wickford, Rhode Island. *See* Rhode Island Superior Court Complaint, attached hereto as Exhibit A ¶ 1.

3. Upon information and belief, the plaintiff, Sagar Fossil Fuel Technologies Pvt. Ltd ("Sagar"), is a company duly organized and existing under the laws of India and its principal place of business is in New Delhi, India. *See* Exhibit A ¶ 3.

**Nature of Action**

4. Plaintiffs' complaint alleges that the complaint arises out of, *inter alia*, Sagar and AmTrans's alleged efforts in India to "actively market, promote and secure orders for Z-Medica's QuikClot® brand haemostatic agents and other blood clotting medical products throughout . . ." Exhibit A ¶15. Plaintiffs' complaint contains the following causes action against defendant: (1) breach of contract; (2) third party beneficiary; (3) promissory estoppel; (4) quantum meruit; (5) intentional interference with prospective contractual relations; (6) misrepresentation; (7) breach of contract – nonconforming goods; (8) accounting – sales; and (9) declaratory judgment. Exhibit A at 5-9.

5. The plaintiffs allege that as a result of Z-Medica's actions, the Court should grant plaintiffs the following relief: (1) an accounting; (2) equitable relief; (3) monetary damages; (4) costs and expenses, including prejudgment interest and attorneys fees; and (5) other damages deemed appropriate by the Court. *Id.*

**Grounds for Removal**

6. Removal to federal court is appropriate based upon diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Upon information and belief, Plaintiff AmTrans and Defendant Z-Medica are duly organized under the laws of different states and have their principal places of business in different states. In addition, upon information and belief, Plaintiff Sagar is duly

organized and has its principal place of business in a foreign nation: India. Upon information and belief, the amount in controversy exceeds $75,000.

7. This notice of removal is being filed within 30 days of Defendant's receipt, through service or otherwise, of the summons and complaint, in accordance with 28 U.S.C. § 1446(a). A copy of the Summons and Complaint in the Rhode Island Superior Court action is attached hereto as Exhibit A. The Defendants are not aware of any other pleadings in the state court action.

7. Pursuant to 28 U.S.C. § 1446(d), defendants filed on even date herewith with the Providence County Superior Court a Notice of Removal. A copy of the Notice of Removal is attached hereto as Exhibit B.

WHEREFORE, pursuant to the provisions of 28 U.S.C. Sections 1441 and 1446, defendants hereby remove the aforementioned action from the Rhode Island Superior Court, Providence County, and henceforth proceed in this Court.

DEFENDANT

Z-MEDICA CORPORATION

By ______________________

Dana M. Horton of
Robinson & Cole LLP
RI Bar No. 6251
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 6th day of February, 2008 to the following:

Gregory L. Benik
Benik & Assoc., P.C.
931 Jefferson Blvd, Ste. 2008
Warwick, RI 02886

Dana M. Horton
RI Bar No. 6251