**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD<br><br>Plaintiffs,<br>V.<br><br>Z-MEDICA CORPORATION<br><br>Defendant. | : | CIVIL NO.<br><br>CA 08 44 ML |
| | : | February 6, 2008 |

**DEFENDANT'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Z-Medica Corporation, a nongovernmental corporate party, certifies that the named defendant is not a subsidiary, affiliate and/or otherwise related to any publicly held corporation.

DEFENDANT

Z-MEDICA CORPORATION

By ______________________

Dana M. Horton of
Robinson & Cole LLP
RI Bar No. 6251
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on this 6th day of February, 2008 to the following:

Gregory L. Benik, Esq.
Benik & Assoc., P.C.
931 Jefferson Blvd, Ste. 2008
Warwick, RI 02886

Dana M. Horton
RI Bar No. 6251