AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

AMTRANS HEALTH, LLC, ET AL.

V.

Z-MEDICA CORPORATION

**APPEARANCE**

Case Number: CA 08 44 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Z-MEDICA CORPORATION

I certify that I am admitted to practice in this court.

2/6/2008
Date

[signature]
Signature

Dana M. Horton, Esq. — 6251
Print Name — Bar Number

Robinson & Cole, 280 Trumbull Street
Address

Hartford — CT — 06103
City — State — Zip Code

(860) 275-8200 — (860) 275-8299
Phone Number — Fax Number