UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

AMTRANS HEALTH, LLC AND SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD.
Plaintiff(s)

v.

Dkt. No. CA 08 44 ML

Z-MEDICA CORPORATION
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Z-MEDICA CORPORATION hereby moves that NUALA E. DRONEY be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Defendant Z-MEDICA CORPORATION
(~~Plaintiff~~/Defendant)

By: Dana M. Horton
Bar ID No. RI 6251
Address: 280 Trumbull Street
Hartford, CT 06103

DATED: February 6, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) U.S.D.C. D. Conn. & D. MA, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Nuala E. Droney 2/6/08

Signature of *Pro Hac Vice* Applicant

Nuala E. Droney — Print Name

Conn 424214/Mass. 660582 — State Bar ID #

Robinson & Cole LLP — Firm Name

280 Trumbull St..
Hartford, CT 06103 — Business Address

Tel. # (860) 275-8346

Fax # (860) 275-8299

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Dana M. Horton RI Bar No. 6251

Print Name RI Bar ID #

Robinson & Cole LLP

Firm and Business Address

280 Trumbull St.
Hartford, CT 06103

Tel. # (860)275-8295 Fax # (860) 275-8299

---

## ORDER

This is motion hereby ______________________________

______________________
District Judge

Date: