STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET CA 08 44 ML

Case ID: PC-2008-0360 AMTRANS HEALTH LLC V Z MEDICA CORPORATION

Filing Date: 01-18-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 02-06-2008

Plaintiff: AMTRANS HEALTH LLC
ID: @10965027
Attorney: GREGORY BENIK

Plaintiff: SAGAR FOSSIL FUEL TECHNOLOGIES PVT L
ID: @10965028
Attorney: GREGORY BENIK

Defendant: Z MEDICA CORPORATION
ID: @10965029
Attorney: DANA HORTON

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-18-2008 | COMPLAINT FILED | |
| 01-18-2008 | INITIAL FILING FEE | |
| 01-22-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP264486. |
| 02-06-2008 | ENTRY OF APPEARANCE | Affiliated: Z MEDICA CORPORATION |
| 02-06-2008 | NOTICE OF REMOVAL | TO US DISTRICT COURT CA - 2008 - 4ML |
| 02-06-2008 | OTH DOC FILED DURING DISCOV | |

Superior Court
... Providence & Bristol
Providence, Rhode Island