UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMTRANS HEALTH, LLC AND SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD., | : | CIVIL NO. 1:08cv00044 (ML). |
| Plaintiffs, | : | |
| v. | : | |
| Z-MEDICA CORPORATION, | : | February 8, 2008 |
| Defendant. | : | |

**JURY DEMAND**

The defendant, Z-Medica Corporation, hereby requests a jury trial on all viable issues in the above-captioned matter.

DEFENDANT
Z-MEDICA CORPORATION

By________/s/______________
Dana M. Horton, RI Bar No. 6251
Nuala E. Droney, *pro hac vice*
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on the 8th day of February 2008, a copy of the foregoing jury demand of Defendant Z-Medica Corporation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ ______________________
Nuala E. Droney, *pro hac vice*