**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD<br><br>Plaintiffs,<br>V.<br><br>Z-MEDICA CORPORATION<br><br>Defendant. | : | CIVIL NO. 08cv0044(ML)<br><br><br><br><br><br><br><br><br>February 11, 2008 |

**STIPULATION OF EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Local Federal Rule of Civil Procedure 29(b) and Federal Rule of Civil Procedure 81(c), Defendant Z-Medica Corporation ("Z-Medica"), respectfully moves for a 30 day extension of time, up to and including March 5, 2008, to file an answer or otherwise respond to Plaintiffs' Complaint, dated January 18, 2008. On February 6, 2008, Z-Medica removed this action to the U.S. District Court, District of Rhode Island.

Defendant Z-Medica requires this extension of time so that counsel may properly and adequately digest and analyze the allegations of Plaintiffs' Nine Count Complaint, confer with Defendant, and thoroughly evaluate this case.

Attorney Nuala E. Droney, appearing *pro hac vice* in this case, has conferred with Attorney John B. Garry, counsel for Plaintiffs. On February 11, 2008, Attorney Garry agreed on behalf of Plaintiffs to the aforementioned extension of time.

DEFENDANT

Z-MEDICA CORPORATION

By__________/s/ Nuala E. Droney __

Dana M. Horton, RI Bar No. 6251
Nuala E. Droney, *pro hac vice*
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on the 11th day of February 2008, a copy of the foregoing jury demand of Defendant Z-Medica Corporation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nuala E. Droney
Nuala E. Droney, *pro hac vice*