**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD | : | CIVIL NO. 08cv0044(ML) |
| Plaintiffs, | : | |
| V. | : | |
| Z-MEDICA CORPORATION, | : | |
| Defendant. | : | |
| | : | March 5, 2008 |

**DEFENDANT Z-MEDICA CORPORATION'S**
**<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Pursuant to Federal Rule of Civil Procedure 12 (b) (2), Defendant Z-Medica Corporation ("Z-Medica") moves to dismiss this action for lack of personal jurisdiction. This Court lacks personal jurisdiction over Z-Medica because Z-Medica is a Connecticut corporation without sufficient minimum contacts with Rhode Island to be subject to either general or specific personal jurisdiction in Rhode Island. For the reasons set forth in the accompanying Memorandum of Law and Affidavit of Raymond J. Huey, defendant Z-Medica respectfully requests that the Court dismiss this action for lack of personal jurisdiction.

Respectfully Submitted,

DEFENDANT
Z-MEDICA CORPORATION

By______/s/ Dana M. Horton___

Dana M. Horton, RI Bar No. 6251
dhorton@rc.com
Craig A. Raabe, *pro hac vice*
craabe@rc.com
Nuala E. Droney, *pro hac vice*
ndroney@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on the 5th day of March 2008, a copy of the foregoing DEFENDANT Z-MEDICA CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Dana M. Horton
Dana M. Horton