**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD | : | CIVIL NO. 08cv0044(ML) |
| Plaintiffs, | : | |
| V. | : | |
| Z-MEDICA CORPORATION, | : | |
| Defendant. | : | |
| | : | March 5, 2008 |

**AFFIDAVIT OF RAYMOND J. HUEY**

I, Raymond J. Huey, hereby depose and say:

1. I am over 18 years of age and am competent to make this declaration. I am fully competent to make this declaration on behalf of Z-Medica Corporation ("Z-Medica"). I have personal knowledge of the statements made herein.

2. I am Chief Executive Officer of Z-Medica. Z-Medica is a Connecticut corporation. Z-Medica is headquartered and has its principal place of business in Wallingford, Connecticut.

3. Z Medica was founded in January 2002.

4. Z-Medica is engaged in the production and marketing of life-saving medical products, including QuikClot® brand hemostatic agents and other blood clotting medical products.

5. Z-Medica does not maintain a place of business, office, or facility in Rhode Island. It has no address, telephone numbers, or bank accounts in Rhode Island. Z-Medica does not have an agent for service of process in Rhode Island.

6. Z-Medica has never sold products to Plaintiffs AmTrans Health, LLC ("AmTrans") or Sagar Fossil Fuel Technologies Pvt. Ltd. ("Sagar") with the expectation that the products would be used in Rhode Island. All of the products sold to AmTrans and Sagar were for use *in India.*

7. Upon information and belief, none of the products sold to AmTrans and Sagar were used in Rhode Island.

8. In connection with its business relationship with AmTrans and Sagar, Z-Medica never shipped or delivered any products to Rhode Island.

9. Z-Medica transmitted QuikClot® for purposes of Z-Medica's business relationship with AmTrans and Sagar in three ways, none of which involved shipment to Rhode Island: (1) Z-Medica shipped QuikClot® *directly to India*; (2) AmTrans representatives traveled to Connecticut to pick up QuikClot® *in Connecticut*; and (3) Z-Medica shipped QuikClot® to the Indian Embassy *in Washington, D.C.*

a. On May 26, 2004, Z-Medica shipped 100 units of QuikClot® to India to the attention of to Shaneel Jain, a representative of Sagar.

b. On March 31, 2006, James Roberts, a representative of AmTrans Health, traveled to Z-Medica's Wallingford, Connecticut headquarters to pickup an order of 1,000 units of QuikClot®.

c. On November 22, 2006, Mr. Roberts again traveled to Z-Medica's Wallingford, Connecticut headquarters to pickup an order of 1,000 units of QuikClot®.

d. On April 10, 2007, Mr. Roberts again traveled to Z-Medica's Wallingford, Connecticut headquarters to pickup an order of 10,000 units of QuikClot®.

e. On July 19, 2006, Z-Medica shipped 50 units of QuikClot® to the Embassy of India in Washington, D.C.

f. On November 27, 2006, Z-Medica shipped 100 units of QuikClot® to the Embassy of India in Washington, D.C.

10. Z-Medica has only made one (1) direct shipment to Rhode Island and four (4) shipments via non-Rhode Island distributors to Rhode Island. None of these shipments were to or related to AmTrans or Sagar.

11. Z-Medica's one (1) shipment to Rhode Island was on September 15, 2005 to Camp Varnum in Narragansett, Rhode Island, for 50 units of QuikClot ® 2x50gram product. Upon information and belief, Camp Varnum is property of the United States government. The total price of the shipment was $642.50, which was less than 0.1% of Z-Medica's sales.

12. Z-Medica's other four (4) shipments first went to distributors. Upon information and belief, none of the distributors are headquartered or located in Rhode Island. These shipments were limited in quantity. The four shipments combined totaled $637.92, which was less than 0.1% of Z-Medica's sales.

a. On September 27, 2007, Z-Medica shipped twelve (12) QuikClot® TraumaPak products to a distributor, Bound Tree Medical, LLC, located in Tennessee. Bound Tree Medical then shipped the products to North Smithfield College in Rhode Island.

b. On September 12, 2007, Z-Medica shipped six (6) QuikClot® Sport products to a distributor, Chinook Medical Gear, located in Colorado. Chinook Medical Gear then shipped the products to Brown University in Rhode Island.

c. In August 2007, Z-Medica shipped five (5) QuikClot® ACS Plus to a distributor, Moore Medical, located in Connecticut. Moore Medical then shipped the products to the United States Coast Guard in Rhode Island.

d. In October 2007, Z-Medica shipped five (5) QuikClot® ACS Plus a distributor, Moore Medical, located in Connecticut. Moore Medical then shipped the products to the United States Coast Guard in Rhode Island.

13. On August 26, 2006, Jeffrey Horn, a Z-Medica representative, attended the "Trauma Surgeons Conference and Exhibition" in Newport, Rhode Island. James Roberts of AmTrans visited Jeffrey Horn of Z-Medica during the conference and discussed the status of Z-Medica sales in India. The purpose of Z-Medica's attendance at the conference was not to meet Mr. Roberts.

Raymond J. Huey

Sworn to before me this
4th day of March, 2008

Melinda M. Polom
Notary Public
My Commission Expires 7·31·2011