**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

AMTRANS HEALTH, LLC and :
SAGAR FOSSIL FUEL :
TECHNOLOGIES PVT. LTD. :
:
v. : C.A. No.: 08cv0044(ML)
:
Z-MEDICA CORPORATION, alias :

**STIPULATION FOR EXTENSION OF TIME TO**
**OBJECT OR OTHERWISE RESPOND TO MOTION TO DISMISS**

Pursuant to Local Federal Rule of Civil Procedure 29(b), Plaintiffs respectfully move for a 30-day extension of time, up to and including April 16, 2008, to file an objection or otherwise respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, dated March 5, 2008.

Plaintiffs require this extension of time so that counsel may adequately analyze the merits of Defendant's potentially dispositive motion at this early juncture in the litigation, formulating an appropriate response.

Attorney John B. Garry, counsel for Plaintiffs, has conferred with Attorney Nuala E. Droney, appearing *pro hac vice* for the Defendant in this case. On March 19, 2008, Attorney Droney agreed on behalf of the Defendant to the aforementioned extension of time.

SAGAR FOSSIL FUEL
TECHNOLOGIES PVT. LTD. and
AMTRANS HEALTH, LLC
By their attorneys,

/s/ John B. Garry
Gregory L. Benik (#1515)
Richard W. Nicholson (#6245)
John B. Garry (#6318)
Benik & Associates, P.C.
931 Jefferson Boulevard, Ste. 2008
Warwick, RI 02886
Tel: (401) 454-0054
Fax: (401) 732-5054
Dated: March 19, 2008

**CERTIFICATION**

This is to certify that on the 19th day of March 2008, a copy of the foregoing Stipulation for the Extension of Time to Object or Otherwise Respond to Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John B. Garry
John B. Garry #6318