**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

AMTRANS HEALTH, LLC and :
SAGAR FOSSIL FUEL :
TECHNOLOGIES PVT. LTD. :
:
v. : C.A. No.: 08cv0044(ML)
:
Z-MEDICA CORPORATION, alias :

**STIPULATION**

Plaintiffs respectfully move for an extension of time, up to and including April 30, 2008, to file an objection or otherwise respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, dated March 5, 2008.

On March 28, 2008, Attorney Droney agreed on behalf of the Defendant to the aforementioned extension of time.

SAGAR FOSSIL FUEL
TECHNOLOGIES PVT. LTD. and
AMTRANS HEALTH, LLC
By their attorneys,

/s/ John B. Garry
Gregory L. Benik (#1515)
Richard W. Nicholson (#6245)
John B. Garry (#6318)
Benik & Associates, P.C.
931 Jefferson Boulevard, Ste. 2008
Warwick, RI 02886
Tel: (401) 454-0054
Fax: (401) 732-5054

Dated: April 9, 2008

**CERTIFICATION**

This is to certify that on the 9th day of April 2008, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ John B. Garry