AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL

V.

Z-MEDICA CORPORATION, alias

**APPEARANCE**

Case Number: 08cv0044(ML)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AmTrans Health, LLC and Sagar Fossil Fuel Technologies Pvt. Ltd.

I certify that I am admitted to practice in this court.

4/21/08

~~4/9/2008~~

Date

Signature


Gerard M. DeCelles — Print Name

1394 — Bar Number

1536 Westminster Street — Address

Providence — City

RI — State

02909 — Zip Code

(401) 272-8998 — Phone Number

(401) 272-4907 — Fax Number