IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD.

*Plaintiffs*,

vs.

Z-MEDICA CORPORATION

*Defendant*.

Case No. 08-cv0044(ML)

**PLAINTIFFS' OBJECTION TO**
**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, and Rule Cv 7(b) of the Local Rules, Plaintiff Amtrans Health, LLC and Sagar Fossil Fuel Technologies Pvt. Ltd., by and through its attorneys, hereby submits its objection to Defendant, Z-Medica Corporation's Motion to Dismiss. The reasons for said objection are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD. and AMTRANS HEALTH, LLC

By their attorneys,

/s/ Gerard M. DeCelles
Gerard M. DeCelles (#1394)
Gregory L. Benik (#1515)
Richard W. Nicholson (#6245)
John B. Garry (#6318)
Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, R.I. 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com

Dated: April 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2008, the foregoing was filed electronically with the Clerk of Court and served upon opposing counsel by operation of the Court's electronic filing system.

Gerard M. DeCelles