**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD**
**Plaintiffs**

**CIVIL NO. 08-cv0044(ML)**

**v.**

**Z-MEDICA CORPORATION**
**Defendant**

## AFFIDAVIT

I, **JAMES J. ROBERTS**, first being duly sworn, depose and say that:

1. Since September 2005 I have been the principal and owner of Amtrans Health, LLC (Amtrans) and am personally familiar with the facts set forth herein.

2. Since its formation, the primary purpose of Amtrans has been the distribution of Quick Clot, a product of Defendant, Z-Medica Corporation (Z-Medica).

3. Plaintiff Sagar Fossil Fuel Technologies (Sagar) is in the sales and marketing business, its primary product since at least 2005, has been Quick Clot.

4. Shaneel Jain, the principal of Sagar, is a resident of Cumberland, Rhode Island and New Delhi, India.

5. All communications between AmTrans and Sagar are generated in or received in Rhode Island.

6. Z-Medica has generated the following activity in Rhode island on its behalf, by Amtrans:

   (a.) Serve as intermediary in Sagar Fossil Fuel.

   (b.) Receive directives from Z-Medica and relay them to Sagar.

(c.) Coordinate use and delivery of Z-Medica marketing materials to Sagar.

(d.) Pick up and store Z-Medica's product in Rhode Island.

(e.) Ship Z-Medica's product from Rhode Island to India.

(f.) Coordinate the filing of documents by Z-Medica for authority to sell its product in India.

7. In conjunction therewith, Amtrans and Z-Medica exchanged One Hundred Fifty-six (156) e-mails, eight (8) letters/invoices, and forty-one (41) telephone calls.

8. The purpose of Amtrans is to give to Z-Medica the security and assurance of dealing with an American company. It was intended and agreed that Amstrans would facilitate the invoicing and payment for Z-Medica products, including but not limited to obtaining, executing and negotiating letters of credit and other international financial instruments for the benefit of Z-Medica. All such activity would be conducted in Rhode Island.

**JAMES J. ROBERTS**
**Principal/Owner**
**AMTRANS HEALTH, LLC**

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

Subscribed and sworn to before me, this 24th day of April, 2008.

**NOTARY PUBLIC**

Commission Expires: 2010

rn100-479/12