**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

AMTRANS HEALTH, LLC and :
SAGAR FOSSIL FUEL :
TECHNOLOGIES PVT. LTD. :
:
v. : C.A. No.: 08cv0044(ML)
:
Z-MEDICA CORPORATION, alias :

**AFFIDAVIT OF JOHN B. GARRY IN SUPPORT OF PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Now comes John B. Garry and makes the following affidavit in support of the Plaintiffs' Objection to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction:

1. That I am a resident of the State of Rhode Island.
2. That I have been / continue to be an officer in the U.S. Navy Reserve.
3. That, on or about April 5, 2008, during a routine visit to the Navy Base's Exchange (in Newport, RI) I purchased a copy of the Navy Times, a weekly publication circulated *inter alia* by mail and at federal government installations.
4. Attached hereto is a copy of an advertisement for QuikClot Combat Gauze, which appeared in the April 7, 2008 edition of Navy Times.
5. According to the advertisement, QuikClot Combat Gauze is a trademark of Z-MEDICA Corporation.

John B. Garry

STATE OF RHODE ISLAND
COUNTY OF

Before me, this 24th day of April, 2008, personally appeared the above-named John B. Garry and acknowledged the foregoing Affidavit to be his free act and deed.

Notary Public (Comm. Exp. 2010 )


NEW
PACK IT. WRAP IT.
STOP BLEEDING COLD.
Actual size: 3 inches x 4 yards.
QuikClot® Combat Gauze™
The ease of gauze. The power of QuikClot®.
The first gauze to stop arterial and venous bleeding in seconds. Powerful yet cool, so it won't burn. Pliable to pack into even penetrating traumatic wounds. Flexible to cover any size or shape. No mixing. No measuring. No heat. Easy to use. Easy to remove. QuikClot® Combat Gauze™.
Contact Combat Medical Systems, LLC.
www.combatmedicalsystems.com.
910-426-0009.
Combat Medical Systems, LLC
910-426-0009
Fax: 910-426-0003
www.combatmedicalsystems.com
www.combatgauze.com
QuikClot®
COMBAT GAUZE™
© 2008 Z-Medica Corporation. "QuikClot" is a registered trademark and "QuikClot Combat Gauze" is a trademark of Z-Medica Corporation.