**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD**
**Plaintiffs**

**CIVIL NO. 08-cv0044(ML)**

**v.**

**Z-MEDICA CORPORATION**
**Defendant**

**AFFIDAVIT**

I, **JOHN VERNANCIO**, first being duly sworn, depose and say that:

1. I am the President and owner of New England Ambulance Service, Inc., the largest ambulance service in the State of Rhode Island.

2. New England Ambulance is a regular purchaser of medical/surgical emergency supplies.

3. New England Ambulance regularly receives catalog and other solicitations for said supplies.

4. Attached hereto are true and accurate copies of pages 48 and 40 of a "Moore Medical" catalog directed to and received by New England Ambulance at its principal place of business.

**JOHN VERNANCIO**

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

Subscribed and sworn to before me, this 25 day of April, 2008.

**NOTARY PUBLIC**

Commission Expires: 2010

rn100-479/10

**Don't see it here?** Call 1-800-234-1464 or click on **LIVE ONLINE HELP** on our website. Our experts are available M-F 8am-8pm [ET] to assist you.




## Clorox® Germicidal Spray and Wipes

- Fast and effective, 1 minute contact kills Rotalvirus, E. coli, Staphylococcus aureus, and HIV type 1
- EPA Registered product
- Contains 1:10 bleach solution recommended by the CDC in a ready-to-use formula

| | ITEM# | SPECS | MFR# | PKG | REG | SALE |
|---|---|---|---|---|---|---|
| A. | 82084 | 32oz Spray | 35310 | Each | 10.19 | **8.99** |
| B. | 82083 | Wipes | 35309 | Tub/70 | 15.69 | **13.99** |
| | 82995 | Wipes* | 44600-01584 | Box/50 | 57.79 | **55.99** |

*Individually Packaged




HARTWELL MEDICAL

## BioHoop Emesis and Hazardous Waste Bag

BioHoop features a "quick-release" hook to hang bags on IV poles, bed frames, or belt loops. It seals safely and securely with wrap-around strap. A new concept in waste containment, BioHoop bags are perfectly suited for emesis, dressings and scene garbage, urine, IV starts and blood spills, and patient belongings and evidence. Ample 3.0 liter capacity accommodates larger clean-ups. Designed to eliminate accidental spills and odors. BioHoop complies with applicable OSHA regulations.

| ITEM# | PKG | REG | SALE |
|---|---|---|---|
| 47681 | Pkg/12 | 20.69 | **17.99** |




STERILE

PHARMASCIENCE LABS

## Calcium Gluconate Topical Gel

This gel just may save your skin if you use hydrofluoric acid or HF in cleaning materials. HF is an especially dangerous acid. In case of spillage on skin, the manufacturers of HF and chemical safety officers recommend you wash the skin immediately with water and then liberally apply the gel to the affected area keeping it on until you get medical attention.

| ITEM# | SPECS | REG | SALE |
|---|---|---|---|
| 68304 | 25gm | 36.09 | **32.99** |




STERILE

## Sudecon Decontamination Wipes

Patented formula works faster to clean up individuals exposed to OC, CS, and CN than any other decontamination product ever formulated. Strips the chemical agents from the skin instantly, and takes away the "burn" and opens the eyes in just 7 to 15 minutes or less.

| ITEM# | REG | SALE |
|---|---|---|
| 72704 | 1.55 | **1.39** |




PDI

## Sani-Cloth® Bleach Wipe

A stabilized bleach solution in a ready-to-use durable, low lint wipe. Equivalent to a 1:10 dilution, they clean and deodorize non-porous surfaces. Packaged in individual packets in self dispensing boxes.

| ITEM# | SPECS | MFR# | PKG | REG | SALE |
|---|---|---|---|---|---|
| 81841 | 5" x 7" | H24795 | Box/40 | 12.29 | **10.99** |
| 81842 | 11½" x 11¾" | U13295 | Box/40 | 37.79 | **34.99** |




STERILE

Z-MEDICA

## QuikClot® 1st Response™

New cooler formulation and delivery system. Beads contained in a porous fabric that allows them to come into direct contact with blood in a wound and quickly stop the bleeding. Effective packing into high-pressure bleeding wounds saving precious seconds and further limiting blood loss. Fast, clean removal in post trauma. Tracer bead included in each sponge for X-ray imaging. Five 25 gram sponges per pack.

| ITEM# | MFR# | PKG | REG | SALE |
|---|---|---|---|---|
| 82183 | 102 | Pkg/5 | 39.99 | **33.99** |




STERILE

## QuikClot ACS+™ Advanced Clotting Sponge

New cooler formulation and delivery system. Tracer bead included in each sponge for X-ray imaging. Actually helps blood to clot – doesn't act as an absorbent. Proven to improve survivability of severe wounds. Stops bleeding faster – reducing the need for adding fluids, reducing ambulance clean up time and return-to-service time

| ITEM# | MFR# | REG | SALE |
|---|---|---|---|
| 82184 | 100 | 29.99 | **26.99** |



**SAVE TIME & MONEY: ORDER ONLINE!**

**Gatekeeper**

Automate your order approval!

**www.mooremedical.com**

*For more information, call 1-800-234-1464 x3062, or click on:* **Live Online Help** *8am to 8pm [ET] Mon-Fri.*

**FREE GROUND FREIGHT • SAME-DAY SHIPPING • LIVE ONLINE HELP**

Free ground freight on all orders shipped to the contiguous 48 states. Orders under $100.00 incur $11.00 handling fee. In-stock orders placed Mon.-Fri. by 4pm your time ship same-day. See Terms and Conditions on our website for details.

#9151 © 2008 Moore Medical LLC. Not responsible for typographical errors. Item# 71432

Moore Medical Provides the Personal Service and Quality Products You Need and the Prices You Want.

# The Supply Experts®



**INSTANT DISCOUNT**

**Save an Extra $50.00**

now through 5/2/08

See page 3 for details.

To qualify for this discount, you must provide the Key Code and Key Letter shown below at the time of order.



SMITHS

**NOW ONLY $3999.00!**

**PNEUPAC® PARAPAC VENTILATOR SYSTEM**

• Without alarms

See page 15.



CARDIAC SCIENCE

**NOW ONLY $2979.00!**

**POWERHEART® AED G3** [illegible]

• Semi-automatic

See page 22.



LAERDAL

**NOW ONLY $7.79!**

**STIFNECK® SELECT™ COLLAR**

See page 3.



LATEX-FREE

ADC

**NOW ONLY $38.99**

**DURASHOCK® BLOOD PRESSURE UNIT**

See page 23.

*Introducing a new standard of protection ▶▶▶*

*A fast-acting solution with [illegible] that is safe to use on mucous membranes*

*Independent lab test show that the solution in MyClyns™ kills MRSA and many other germs on contact



**MyClyns**

*FIRST RESPONSE PERSONAL PROTECTION*

**The only [illegible] first response protection you can spray directly on your face and into your eyes, ears, mouth, and nose.**

See page 38.

For more information, contact your Moore Medical representative at: 1-800-234-1464, or visit us at www.mooremedical.com.

Moore medical
The Supply Experts®
P.O. Box 4067
Farmington, CT 06032-4067

PRSRT STD
U.S. POSTAGE
**PAID**
MOORE MEDICAL LLC

| 1381571 |
|---|
| Account # |

| L086 |
|---|
| Key Code |

| 8EC1 |
|---|
| Key Letter |

**********************AUTO**5-DIGIT 02919
JOHN VERNANCIO P012
NEW ENGLAND AMBULANCE SERVICE 134
37 MANUEL AVE 229
JOHNSTON RI 02919-3906 0004

Buyer is hereby advised that he/she may be obligated to fully and accurately disclose the amount of any discounts, rebates or other price reductions in cost reports or claims for reimbursement by buyer to Medicare, Medicaid or other health care programs requiring such disclosure.