IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD.

*Plaintiffs,*

vs.

Z-MEDICA CORPORATION

*Defendant.*

Case No. 08-cv0044(ML)

**MOTION TO PERMIT DISCOVERY**

Now come Amtrans Health, LLC and Sagar Fossil Fuel Technologies Pvt. Ltd., Plaintiffs in the above encaptioned action, and pursuant to the provisions of FRCP 26(d) move that they be permitted discovery relating to jurisdictional contacts of Defendant Z-Medica Corporation with this forum.

Plaintiff,

AMTRANS HEALTH, LLC et al.
By its attorney,

/s/ Gerard M. DeCelles
Gerard M. DeCelles (#1394)
1536 Westminster Street
Providence, RI 02909
Tel. (401) 272-8998
Fax (401) 272-4907

Dated: April 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2008, the foregoing was filed electronically with the Clerk of Court and served upon opposing counsel by operation of the Court's electronic filing system.

Gerard M. DeCelles