IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD.

*Plaintiffs*,

vs.

Z-MEDICA CORPORATION

*Defendant*.

Case No. 08-cv0044(ML)

**MEMORANDUM IN SUPPORT OF MOTION TO PERMIT DISCOVERY**

After Defendant Z-Medica removed this action from the Providence County Superior Court, it filed a Motion to Dismiss on the grounds of insufficient contacts with this District.

Plaintiffs have filed an Objection and Memorandum in Support thereof. It contains certain facts known to Plaintiffs, and others gleaned from investigation. It may be that Defendant Z-Medica is in sole possession of additional facts supporting Plaintiffs' Objection.

FRCP 26(d) precludes discovery until the parties confer. However, here, Defendant has filed *inter alia* an affidavit of Raymond J. Huey in support of its Motion, and the issue has been joined. Attorney Plaintiff believes that jurisdiction

has been established by the facts already before the Court; however, further inquiry into Z-Medica's contacts with Rhode Island would be fair inquiry prior to this Court's determination.

Plaintiffs have prepared one (1) Request for Admission, fifteen (15) Interrogatories, and six (6) Requests for Production, attached hereto and made an integral part hereof. All are germane to information relevant to the issue of jurisdiction. Therefore, the Court should allow this limited discovery.

Pursuant to Local Rule CV 7(e), oral argument is not requested. However, Plaintiffs respectfully suggest that a conference with the Court would be of assistance to the parties.[1]

AMTRANS HEALTH, LLC
By its attorney,

<u>/s/ Gerard M. DeCelles</u>
Gerard M. DeCelles (#1394)
1536 Westminster Street
Providence, RI 02909
Tel. (401) 272-8998
Fax (401) 272-4907

Dated: April 30, 2008

---

[1] This is the procedure utilized by Chief Judge Torres in *Hainey v. World Am Communications*, 263 F.Supp. 2d 338 (D.R.I. 2003).

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2008, the foregoing was filed electronically with the Clerk of Court and served upon opposing counsel by operation of the Court's electronic filing system.

Gerard M. DeCelles