**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AMTRANS HEALTH, LLC and**
**SAGAR FOSSIL FUEL**
**TECHNOLOGIES PVT. LTD**
**Plaintiffs**

**CIVIL NO. 08-cv0044(ML)**

**v.**

**Z-MEDICA CORPORATION**
**Defendant**

## PLAINTIFFS' REQUEST FOR DEFENDANT'S ADMISSION

Now come **AMTRANS HEALTH, LLC** and **SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD,** Plaintiffs in the above encaptioned matter and pursuant to FRCP 36, hereby request the Defendant, **Z-MEDICA CORPORATION** to make the following admissions for the purpose of this action only, said admissions to be made within thirty (30) days from the date of service hereof:

1. Defendant **Z-MEDICA** has established a distribution network that includes distributors who target Rhode Island as part of their sales territory.

**Plaintiff**
**AMTRANS HEALTH, LLC et al**
By its attorney,

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

**CERTIFICATION**

To: Dana M. Horton, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford CT 06103-3597

I hereby certify that a true copy of the within was mailed to counsel, first-class, postage pre-paid, on this _____ day of ________, 2008.

______________________________