**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AMTRANS HEALTH, LLC and**
**SAGAR FOSSIL FUEL**
**TECHNOLOGIES PVT. LTD**
**Plaintiffs**

**CIVIL NO. 08-cv0044(ML)**

**v.**

**Z-MEDICA CORPORATION**
**Defendant**

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiffs **AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD**, pursuant to FRCP34 hereby request that the Defendant **Z-MEDICA CORPORATION** produce at the offices of Gerard M. DeCelles, 1536 Westminster Street, Providence, Rhode Island 02909, within (40) days after service and permit counsel for the Plaintiff to inspect and copy or cause to be copied, the following:

**DEFINITIONS**

The following definitions shall apply to this request for Production:

1. "Document" includes but is not limited to an original and any non-identical copy (wherever different from the original because of notices made on the copy or otherwise) of any correspondence, financial records and corporate records, and in addition,

newspapers, magazines and other instruments, diaries, charts, graphs, blueprints, papers, notices and memoranda and any form of collated data for use with electronic sound recordings in your possession, custody or control, witness statements, general investigation reports, policies or procedures, and any other documentation referencing the incident in question.

2. "Description" of a document means to identify its author or originator and each addressee, to give its date and title or subject matter and to identify the present custodian or each copy thereof.

3. "Correspondence" includes but is not limited to letters, telegrams, inter or intra office memoranda or communications and all other written communications or whatsoever form, notes and memoranda of meetings or oral communications and sound recordings and transcripts thereof.

**DOCUMENTS REQUESTED:** Said requests encompass the period January 2002 to the present.

1. All invoices or other documents respecting purchases or other acquisition of goods, materials, securities, supplies, and financing from sources located in, or having an office in the State of Rhode Island.

2. All invoices or other documents respecting purchases or other acquisition of services, including but not limited to laboratory testing from sources located in or having an office in the State of Rhode Island.

3. All advertisements for Quick Clot in newspapers, magazines, circulars, catalogues or other publications or media whether for general or limited circulation.

4. All mail circulations, display cards or promotional materials delivered to or distributed in the State of Rhode Island.

5. All documents of business trips into Rhode Island of any agent, officer, principal, or employer of Defendant.

6. All documents respecting the engagement of consultants who have an office in the State of Rhode Island.

**Plaintiff**
**AMTRANS HEALTH, LLC et al**
By its attorney,

______________________________

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

**CERTIFICATION**

To: Dana M. Horton, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford CT 06103-3597

I hereby certify that a true copy of the within was mailed to counsel, first-class, postage pre-paid, on this _____ day of _________, 2008.

______________________________

rn100-479/10