**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD., | : | CIVIL NO. 08cv0044(ML) |
| Plaintiffs, | : | |
| V. | : | |
| Z-MEDICA CORPORATION, | : | |
| Defendant. | : | |
| | : | May 8, 2008 |

**DEFENDANT Z-MEDICA'S OPPOSITION TO**
**<u>PLAINTIFFS' MOTION TO PERMIT DISCOVERY</u>**

Defendant Z-Medica Corporation ("Z-Medica") respectfully requests that the Court deny Plaintiffs', AmTrans Health, LLC and Sagar Fossil Fuel Technologies Pvt. Ltd, request to conduct discovery (Doc. No. 15) prior to the Court's ruling on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. For the reasons set forth in the accompanying Memorandum of Law, as well as the reasons set froth in Z-Medica's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 10), Memorandum in Support thereof, and Reply in Further Support of Motion to Dismiss (Doc. No. 16), the Court should deny Plaintiffs' request. Plaintiffs have failed to set forth a colorable basis for personal jurisdiction in this Court and therefore Plaintiffs are not entitled to jurisdictional discovery.

Respectfully Submitted,

DEFENDANT
Z-MEDICA CORPORATION

By_____/s/ Dana M. Horton__

Dana M. Horton, RI Bar No. 6251
dhorton@rc.com
Craig A. Raabe, *pro hac vice*
craabe@rc.com
Nuala E. Droney, *pro hac vice*
ndroney@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on the 8th day of May 2008, a copy of the foregoing DEFENDANT Z-MEDICA'S OPPOSITION TO PLAINTIFFS' MOTION TO PERMIT DISCOVERY was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Dana M. Horton
Dana M. Horton