5-16-08 Hearing Exhibit

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD**
**Plaintiffs**

**CIVIL NO. 08-cv0044(ML)**

**v.**

**Z-MEDICA CORPORATION**
**Defendant**

**AFFIDAVIT**

I, **JOHN VERNACIO,** first being duly sworn, depose and say that:

1. I am the President and owner of New England Ambulance Service, Inc., the largest ambulance service in the State of Rhode Island.

2. On April 29, 2008, I attended the "Rhode Island EMS Expo" at the Sheraton Providence Airport Hotel, Warwick, Rhode Island.

3. Attached is a copy of the program flier for the Expo.

4. Z-Medica set up a booth at the Expo and staffed it with a representative.

5. Attached hereto are copies of the promotional materials handed out by the Z-Medica sales representative.

6. The Z-Medica representative was also handing out samples of "Quick Clot".

7. Attached hereto is a copy of the business card from "Giacomo Basadonna, M.D., Ph.D.", Chief Medical Officer of Z-Medica.

8. Z-Medica's representative told me that Dr. Basadonna was the salesman in the area who could quote prices for Quick Clot, to sell to me in Rhode Island.

**JOHN VERNANCIO**

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

Subscribed and sworn to before me, this 15th day of May, 2008.

NOTARY PUBLIC

Commission Expires: 2010

**CERTIFICATION**

To: Dana M. Horton, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

I hereby certify that a true copy of the within was ~~mailed~~ hand delivered to counsel, first-class, postage pre-paid, on this ________day of ___________, 2008.