# *RHODE ISLAND EMS EXPO*

## *2008*

**Tuesday, April 29, 2008**

**8:00am – 5:00pm**

**Sheraton Providence Airport Hotel**
**1850 Post Road, Warwick, RI**

1) Metro Ems e RI MetroEms '06

**Program**

**8:00 AM – Registration**

**8:25 AM - Introductions / Opening**

**8:30 AM –CPAP / BiPAP in the Pre Hospital Setting**
*Keith Wesley, MD*

**10:00 AM – Break / Vendors**

**10:45 AM – Hydrogen Cyanide Events**
*Donald W. Walsh, Ph.D., EMT-P*

**12:15 PM – Lunch and Vendors**

**1:15 PM – Lethal Exposure : Carbon Monoxide**
*Mike McEvoy, PhD, REMT-P, RN, CCRN*

**3:00 PM – Break / Vendors**

**3:30 PM — Roundtable discussion on RI topics, Expo Summary and Q and A**

Sponsored by:
**Rhode Island Metro EMS**
**Rhode Island Association of Fire Chiefs**
**Bound Tree Medical, LLC**

**Keith Wesley, MD** - the State EMS Medical Director for both Minnesota and Wisconsin and is a board certified emergency medicine physician living in Eau Claire, Wisconsin. Dr. Wesley is the author of many articles and EMS textbooks and a frequent speaker at EMS conferences across the nation. He is an active EMS medical director currently providing medical oversight to the Chippewa Fire District in Chippewa Falls, Wisconsin and to the EMT-Basic Services of Ashland and Bayfield counties as well as the Apostle Islands, Lake Shore National Park.

**Mike McEvoy, PhD, REMT-P, RN, CCRN** the EMS Coordinator for Saratoga County and EMS Director on the Board of the New York State Association of Fire Chiefs. He is a clinical specialist in Cardiac Surgery and professor of Critical Care Medicine at Albany Medical College. Mike is a paramedic for Clifton Park-Halfmoon Ambulance, chief medical officer and firefighter/ paramedic for West Crescent Fire Department, and chaired the New York State EMS Council in 2005. He is the FireEMS editor for Fire Engineering magazine and in his free time, an avid hiker and winter mountain climber.

**Donald W. Walsh, Ph.D., EMT-P,** Emergency Medicine and Disaster Specialists, Chicago, IL, Chicago Fire Department EMS (Ret.) has a vast array of experience from his 31-year Fire - Emergency Medical Service (EMS) career. Dr. Walsh worked for the Chicago Fire Department for over 30-years where he has served as a Licensed Paramedic, EMS Field Supervisor, Educator, Instructor, Deputy and Assistant Chief Officer, and Assistant Deputy Fire Commissioner for EMS. He retired from the Chicago Fire Department in 2007, and is currently President and CEO of Emergency Medicine and Disaster Specialists. His public safety background includes being an Adjunct Faculty Member of the National Fire Academy, Past President of the Chicago Fire Paramedics Association, Past Board of Director of the NAEMT and the Illinois Paramedic Association.

**Registration Form**

Please detach and mail with course fee of $15.

Last Name: ____________________

First Name: ____________________

Title: ____________________

Affiliation: ____________________

Address: ____________________

City / Town: ____________________

State: __________ Zip: __________

Telephone: ____________________

Email address: ____________________

Lunch Provided

T-Shirt size (circle one) : S M L XL XXL XXXL

Complete and mail registration form, a check for $15 (made out to RIAFC) to:

RI Metro EMS / Cranston Fire Dept
ATTN: EMS Expo
301 Pontiac Ave
Cranston, RI 02910

Walk-ins are allowed, without guarantee of lunch and shirt

For questions call EMS Director John Potvin, East Providence Fire at 401-435-7683

# A NOVEL "COOLER" ZEOLITE FORMULATION ACHIEVES COMPLETE HEMOSTATIC CONTROL IN A LETHAL PRE-CLINICAL MODEL OF VASCULAR INJURY

R. Huey*, D. Lo*, J. Perkins*, T. Signore*, J. Horn*, R. Huebner*, J. DaCorta**, G. Basadonna*†

* Z-Medica Corporation
** Eiron Strategic Services
† University of Massachusetts
Dept. of Surgery

## INTRODUCTION

Bleeding is the cause of death in about 40% of trauma victims and accounts for about 2.2/1000 surgical discharges in the US every year(1-3). In addition, severe bleeding can cause irreparable damage in both civilian and military trauma victims, usually before the patient can reach a medical facility to receive appropriate medical care(4). Studies have shown that 36% of patients who were found or declared dead at the scene of injury had exsanguinated(5). Bleeding also accounts for a larger share of mortality early on in trauma center admissions, with the majority of exsanguinations occurring during the first 48 hours(2, 6-8). Hemorrhagic shock, in addition to directly resulting in early fatalities, is a predictor of poor long-term outcome in the injured patient(2, 3, 6).
QuikClot® brand hemostatic agents (including the original QuikClot® and QuikClot ACS™) are a family of novel clotting agents FDA cleared for the treatment of severe life-threatening external hemorrhage. Their main component is an inert substance composed of zeolite, an aluminosilicate crystal, which adsorbs the liquid component of blood and facilitates clotting by releasing platelet-derived clotting factors. Fluid adsorption following zeolite application is usually accompanied by an exothermic reaction with release of heat. Zeolite based hemostatic agents have been shown to be quite successful in controlling hemorrhage and improving outcome in many instances in both military setting and more recently following trauma in civilian circumstances(9-11). However, the risk of injury associated with the release of heat has somehow limited its use in only catastrophic circumstances when the risk of heat release to the surrounding tissues was considered less important than controlling severe bleeding(12, 13).
This study investigates the use of a novel formulation of zeolite (QuikClot ACS+™ and QuikClot 1st Response™) where heat release is significantly reduced to physiological levels and the ability of arresting hemorrhage and improving early survival is preserved in a stringent pre-clinical model of bilateral transection of both femoral vessels.

## MATERIALS AND METHODS

The institutional laboratory animal review board for the care and use of animals at the University of Massachusetts approved this study. All research was conducted in compliance with the Animal Welfare Act and other federal statutes and regulations relating to animals and experiments involving animals. The study adhered to the principles stated in the *Guide for the Care and Use of Laboratory Animals* (National Research Council, 1996 edition).

A novel model of vascular injury was used in this study consisting of bilateral transection of both femoral vein and artery in a porcine model creating an uncontrolled severe hemorrhagic scenario. The experiment was designed to evaluate the efficacy of a novel zeolite related hemostatic product in arresting severe hemorrhage in a normotensive situation and during a hypothetical transportation of the patient. Finally wound temperatures were evaluated to assess the exothermic reaction following the use of the novel zeolite formulation.
Seven Yorkshire swine (weight, 40-49.5 kg; Parsons Farms, Hadley MA) were used for this study.

Food was withheld the night before the experiment, but access to water was allowed. Anesthesia was induced with intramuscular injection of ketamine (10 mg/kg) and inhaled isoflurane 4% to 5%. After placement of an endotracheal tube, the isoflurane concentration was reduced to 2% for the remainder of the experiment. The animals received IV fluids (Lactate Ringer) via a peripheral vein usually in the right ear. Blood pressure was monitored via a peripheral cuff every 15 minutes or more often when necessary. Heart rate was also recorded every 15 minutes. Peripheral tissue oxygenation was also continuously measured. Body temperature was measured by a rectal probe. All vital signs were recorded by a Welch Allen Propaq CS monitor.

Once general anesthesia was induced the right femoral artery and vein were surgically exposed via a groin incision. The vessels were then completely transected with a scalpel and the hemostatic agent was immediately placed in the wound; manual pressure was held for only 5 minutes and then the wound was packed with gauze and the skin approximated using towel clamps. The left groin was then surgically dissected and the experiment was repeated on the controlateral side. Once the second wound was packed as indicated above the animals were observed for a total of 120 minutes during which they were monitored for signs of bleeding; blood pressure and peripheral oxygenation were recorded throughout the experiment as indicated above. Wound temperature was also measured throughout the experiment via a Data Acquisition Recorder Eurotherm Model 5100e.

In vitro testing was also done to compare the exothermic reaction following the application of ACS+™ and 1st Response™ (new formulation). Zeolite (25 ± 0.3 gr.) was added to distilled water (19 ± 0.3 gr.) at room temperature in a insulated container (2-3" diameter) containing a thermocouple wire secured to the bottom. Maximum temperature was recorded over a period of 30 minutes.

Results are reported for a total of 10 groin injuries where the new zeolite formulation was tested. Different products were tested in the remaining 4 groin injuries and results will be reported separately. Control treatment with standard dressing was not included in this study since in previous similar reports it always caused 100% death of the animals. Therefore in order to minimize animal sufferance it was decided to exclude such a control group.

Results are shown as mean ± SD. T test statistical analysis was used and $p < 0.05$ was considered significant.

## RESULTS

All animals survived throughout the entire experiment. In fact, at the end of the study time (120 minutes) all animals were used for subsequent experiments since they remained in excellent hemodynamic conditions.
All bleedings were successfully controlled by the application of QuikClot ACS+™ and QuikClot 1st Response™. However, re-bleeding was observed in 2 cases following skin clamping. This was likely due to malpositioning of the hemostatic product. All re-bleeds were successfully treated by repositioning of the hemostatic agent and had no consequences on the remaining of the experiment.
Vital signs are described in Table 1. All animals maintained stable vital signs throughout the experiment. Overall systolic blood pressure mean values were 98.7 ± 19.7 mmHg with a median value of 92 mmHg. Overall diastolic blood pressure was 45.5 ± 19.1 mmHg with a median of 40 mmHg. Heart rate/minute mean values were 87.8 ± 17.5 with a median of 87. Body temperature was recorded at 97.6 ± 1.8 F. with a median of 97.8 F. Figure 1 shows the median blood pressure values throughout the experiments.
Figure 2 shows the results of the in vivo maximum wound temperatures recorded following the application of the new QuikClot ACS+™ and QuikClot 1st Response™ formulation. The maximum temperature recorded throughout the experiments was 112 ± 2.4 F with a median of 112 F. More importantly, the maximum recorded temperatures lasted only for a total of 1-2 minutes and then decreased to lower levels. Figure 2 also describes the comparison between the in vitro and in vivo measurements of the maximum exothermic reaction following application of the novel QuikClot ACS+™ and QuikClot 1st Response™.

## DISCUSSION

This study confirms that zeolite based hemostatic devices are greatly effective in stopping deadly bleeding and can allow trauma victims to survive for a significant amount of time following injury in a pre-clinical model of severe hemorrhage. Importantly, these results are achieved in absence of a significant exothermic reaction. In the past the risk of "burning" the patient has been a considerable obstacle to a wider implementation of zeolite based devices(12). In fact, the original QuikClot® preparation and the second generation QuikClot ACS® have been used by the military mainly as the last option when everything else had failed and the risk of dying because of uncontrollable bleeding was greater than the risk of causing heat related damage to the victim. As a consequence of these concerns, it has been important to develop a "cooler" zeolite formulation capable to effectively control bleeding with a minimal exothermic reaction.
This study shows that the new zeolite preparation (QuikClot ACS+™ and QuikClot 1st Response™ arrests bleeding in a very stringent model of bilateral transection of the femoral artery and vein allowing a mild heat release only a few degrees above normal body temperature. In vitro results also confirm that the new zeolite formulation is significantly colder than the original zeolite product. In addition, this study demonstrates

that the animals remain hemodynamically stable for 120 minutes following deployment of the novel hemostatic product despite a very severe injury.

This time should be sufficient for the transportation of the patient to an appropriate medical facility. In fact, the experiment was designed to demonstrate that treatment with QuikClot ACS+™ and QuikClot 1st Response™ requires minimal external manual pressure to control bleeding (only 5 minutes in our experience) and the appropriate packing of the wound allows complete bleeding control. This would allow safe transportation of the patient without the need for continuous manual pressure so that 1st responders can attend other important tasks. Furthermore, since the risk of heat related damage has been eliminated, zeolite based hemostatic agents can now be safely recommended for all different forms of hemorrhage from mild to severe.
Zeolite based hemostatic products have been used with great success by the military during recent conflicts. Reports from the war front describe hundreds of instances where these products were instrumental in controlling severe traumatic bleeding and contributing in saving lives. These reports are currently being collected in a manuscript for publication. In addition, these products have been also successfully used in civilian trauma in the US(11).
In conclusion, the introduction of the new zeolite formulation and the elimination of the side effects related to the exothermic reaction offer a new tool for treating bleeding in both military and civilian settings.

## REFERENCES

1. Sauaia, A., Moore, F. A., Moore, E. E., Haenel, J. B., Read, R. A., and Lezotte, D. C. Early predictors of postinjury multiple organ failure. *Arch Surg* **129**: 39-45, 1994.
2. Holbrook, T. L., Anderson, J. P., Sieber, W. J., Browner, D., and Hoyt, D. B. Outcome after major trauma: 12-month and 18-month follow-up results from the Trauma Recovery Project. *The Journal of trauma* **46**: 765-771; discussion 771-763, 1999.
3. Holbrook, T. L., Anderson, J. P., Sieber, W. J., Browner, D., and Hoyt, D. B. Outcome after major trauma: discharge and 6-month follow-up results from the Trauma Recovery Project. *The Journal of trauma* **45**: 315-323; discussion 323-314, 1998.
4. Krug, E. G., Mercy, J. A., Dahlberg, L. L., and Zwi, A. B. The world report on violence and health. *Lancet* **360**: 1083-1088, 2002.
5. Asensio, J. A., McDuffie, L., Petrone, P., Roldan, G., Forno, W., Gambaro, E., Salim, A., Demetriades, D., Murray, J., Velmahos, G., Shoemaker, W., Berne, T. V., Ramicone, E., and Chan, L. Reliable variables in the exsanguinated patient which indicate damage control and predict outcome. *American journal of surgery* **182**: 743-751, 2001.
6. Durham, R. M., Moran, J. J., Mazuski, J. E., Shapiro, M. J., Baue, A. E., and Flint, L. M. Multiple organ failure in trauma patients. *The Journal of trauma* **55**: 608-616, 2003.
7. Shackford, S. R., Hollingworth-Fridlund, P., Cooper, G. F., and Eastman, A. B. The effect of regionalization upon the quality of trauma care as assessed by concurrent audit before and after institution of a trauma system: a preliminary report. *The Journal of trauma* **26**: 812-820, 1986.

8. Rotondo, M. F., Schwab, C. W., McGonigal, M. D., Phillips, G. R., 3rd, Fruchterman, T. M., Kauder, D. R., Latenser, B. A., and Angood, P. A. 'Damage control': an approach for improved survival in exsanguinating penetrating abdominal injury. *The Journal of trauma* **35**: 375-382; discussion 382-373, 1993.

9. Alam, H. B., Burris, D., DaCorta, J. A., and Rhee, P. Hemorrhage control in the battlefield: role of new hemostatic agents. *Military medicine* **170**: 63-69, 2005.

10. Acheson, E. M., Kheirabadi, B. S., Deguzman, R., Dick, E. J., Jr., and Holcomb, J. B. Comparison of hemorrhage control agents applied to lethal extremity arterial hemorrhages in swine. *The Journal of trauma* **59**: 865-874; discussion 874-865, 2005.

11. Wright, F. L., Hua, H. T., Velmahos, G., Thoman, D., Demitriades, D., and Rhee, P. M. Intracorporeal use of the hemostatic agent QuickClot in a coagulopathic patient with combined thoracoabdominal penetrating trauma. *The Journal of trauma* **56**: 205-208, 2004.

12. Wright, J. K., Kalns, J., Wolf, E. A., Traweek, F., Schwarz, S., Loeffler, C. K., Snyder, W., Yantis, L. D., Jr., and Eggers, J. Thermal injury resulting from application of a granular mineral hemostatic agent. *The Journal of trauma* **57**: 224-230, 2004.

13. Alam, H. B., Chen, Z., Jaskille, A., Querol, R. I., Koustova, E., Inocencio, R., Conran, R., Seufert, A., Ariaban, N., Toruno, K., and Rhee, P. Application of a zeolite hemostatic agent achieves 100% survival in a lethal model of complex groin injury in Swine. *The Journal of trauma* **56**: 974-983, 2004.

## FIGURE/TABLE LEGENDS

**TABLE 1**
Vital signs remained stable throughout the study. Blood pressure, heart arte and body temperature mean values were within range across the study duration.

**FIGURE 1**
Median blood pressure measurements during the study duration. Values remain within acceptable range despite bilateral severe groin injury.

**FIGURE 2**
Maximum temperature measurements in vivo and in vitro. The novel QuikClot ACS+™ and QuikClot 1st Response™ generates in vivo wound temperatures below 115F throughout the study.

# Vital signs across study duration

| | mean ± SD | median |
|---|---|---|
| Systolic BP mmHg | 98.7 ± 19.7 | 92 |
| Diastolic BP mmHg | 45.1 ± 19.1 | 40 |
| Heart rate/minute | 88 ± 17 | 87 |
| Body temperature | 97.6 ± 1.8 | 97 |

Table 1


Fig. 1
Blood Pressure mmHg
140
120
100
80
60
40
20
0
0
15
45
75
120
Time minutes
systolic
diastolic
MAP


Fig. 2
Temperature F.
112
111
110
109
108
107
106
105
104
103
Exothermic reaction
QuikClot® ACS+™ & 1st Response™ in vitro
QuikClot® ACS+™ & 1st Response™ in vivo

Z-Medica
Products for Hemostasis

Z-Medica Corporation is proud to be the global leader in the rapidly growing area of products that stop severe brisk bleeding. First to market with the original QuikClot® brand hemostatic agent, the company continues to develop new products, technologies and delivery mechanisms to provide these products that make a difference wherever bleeding presents a problem. Our products make a difference around the world: from the battlefields of Iraq and Afghanistan, to the tactical law enforcement officer in Los Angeles, to the mass casualty preparedness teams in New York, to a mother in Illinois whose son's life was saved by QuikClot® 1st Response™ brand. Our technology has come a long way since its introduction in 2002, and along the way it has saved many lives.

## HOW QUIKCLOT® BRAND PRODUCTS WORK TO STOP BLEEDING

Z-Medica provides products based on two separate platform technologies. While the two technologies are similar and overlap in their mechanisms of action, it makes sense to discuss each separately. This paper will address the **Zeolite Based Products.**

The original QuikClot® brand products derive their primary hemostatic properties from zeolite, a naturally occurring mineral material with fascinating properties that have applications in many areas. One of the amazing properties of zeolite is the tremendous surface area found in a small volume of material. One teaspoon of zeolite provides a surface equal to that of a football field. Zeolite has many uses, some highly technical and some very commonplace. These use include: detergents, where they are used as water softeners; insulated glazed windows, where they act to prevent condensation; packaging at the supermarkets to preserve food freshness; oil refineries, as molecular sieves that separate complex mixtures of hydrocarbon based on size and other attributes; and zeolite can even be found in some toothpastes. In addition to the naturally occurring zeolite, approximately 1.5 million tons of various forms of engineered zeolite are manufactured every year.

Z-Medica's zeolite based products include:

- The original QuikClot® brand hemostatic agent
- QuikClot® 1st Response™ brand
- QuikClot® ACS+™ brand
- QuikClot® Sport™ brand
- QuikClot® Sport™ Silver brand

Nature provides us with wonderfully redundant systems when it deems a system important to our survival. Certainly, keeping our blood inside our body where it belongs is one of those things important to our survival. Our bodies have multiple complex systems to help make sure this happens. The two main systems are platelet activation and the coagulation cascade. QuikClot® brand zeolite based products work in both these systems.



Z-Medica Corporation, 4 Fairfield Blvd., Wallingford, CT 06492, P: 203.294.0000, F: 203.294.0688

Website: www.z-medica.com, www.quikclot.com

Copyright, Z-Medica Corporation, 2008. All rights reserved.

Document number zmt-081

Z-Medica
Products for Hemostasis

In collaboration with Professor Galen Stucky at the University of California at Santa Barbara, we have shown that the above agents activate platelets. Activated platelets help stop bleeding because they form a plug. This occurs in conjunction with the body's own mechanisms of platelet activation, which occur whenever there is an injury to a blood vessel.

QuikClot® products also work in the coagulation cascade. The specific engineered zeolite used contains a cation ($Ca^{++}$) that is a cofactor in many steps of the coagulation cascade. Also, there is evidence from Professor Stucky's group that QuikClot® facilitates a phenomenon widely known as the "glass effect". It has been known since the 1800's that blood clotted faster than otherwise when it came in contact with glass. Since then, it has been shown that this is due to the negative surface charge found on glass. Further research tells us that the negative surface potential activates a protein at the very beginning of the contact pathway, one of the two chains in the coagulation cascade. Ostomel and Baker[1] have clearly demonstrated in thromboelastography (TEG) that the surface charge and isoelectric point of inorganic oxides such as zeolite promote rapid onset of clotting and strong clot formation as a result of protein activation in the coagulation cascade.

Furthermore, QuikClot® products adsorb water from the blood. Water is trapped in the zeolite and held there by the charge within the zeolite pores, zeolite framework and hydrogen bond formation. This locally concentrates the cellular and large protein components of the blood further catalyzing clot formation.

*SEM of Porcine Blood with QuikClot*

***Fibrin formation and red blood cell adhesion even on fully hydrated QuikClot.***




AM Sawvel, SE Baker and GD Stucky *Manuscript in Preparation*, 2007.

---

[1] "Metal Oxide Surface Charge Mediated Hemostasis", Ostomel, T; Qihui, S., Stoimenov, P.K., Stucky, D.; *Langmuir* **2007**, *23*, 11233-11238.



Z-Medica Corporation, 4 Fairfield Blvd., Wallingford, CT 06492, P: 203.294.0000, F: 203.294.0688

Website: www.z-medica.com, www.quikclot.com

Copyright, Z-Medica Corporation, 2008. All rights reserved.

Document number zmt-081

Z-Medica
Products for Hemostasis

**Delivery mechanisms** can also enhance the powerful blood clotting properties of zeolite. The original QuikClot® brand hemostatic agent is a granular powder that is simply poured into the wound. While it is very effective, a powder is a primitive delivery system and has several drawbacks. First, in a pumping arterial wound some of the material may be washed away by the powerful flow of the blood itself. Secondly, powders cannot be poured in an upward direction, against gravity, so a wound must be beneath the person applying the powder. Z-Medica's second generation QuikClot® brand products address this shortcoming. These products contain 3 mm diameter zeolite beads packaged in a very porous surgical mesh. This delivery system is available in several different sizes. It allows the hemostatic agent to be applied in any direction, up, down or sideways; it also allows the application of the material against a wound producing very high blood flow. And it allows the caregiver to apply pressure.

One last point to note regards the heat generation found only in the original granular product, but not found in the newer products. When water is adsorbed by the zeolite and trapped by hydrogen bond formation heat is generated. When used incorrectly, very high temperatures could be reached, posing a risk of burn to the patient. The company has addressed that problem by selectively preloading the zeolite with some water minimizing any heat generation to very acceptable and safe levels.

*Sheep Blood*

| Sample | R (minutes) | α (degrees) | MA (mm Displacement) |
|---|---|---|---|
| Blood Alone | 10.0 | 53.4 | 72.7 |
| Dry QuikClot | 1.4 | 74.0 | 71.4 |
| Hydrated QuikClot | 2.8 | 65.4 | 70.3 |




Working with Stucky and the team at UCSB, we have optimized the level of prehydration while maintaining the clotting efficacy found in the original granular product. Using TEGs, we have shown that even with a partially hydrated zeolite, clotting is accelerated and the clot strength is high. Coupled with the improved delivery



Z-Medica Corporation, 4 Fairfield Blvd., Wallingford, CT 06492, P: 203.294.0000, F: 203.294.0688

Website: www.z-medica.com, www.quikclot.com

Copyright, Z-Medica Corporation, 2008. All rights reserved.

Document number zmt-081

Z-Medica

mechanism, the partially hydrated material provides the required life saving technology in the most commonly occurring applications.







The design challenge in reducing the exothermic reaction was to maintain clotting efficacy and safety. Prehydration of the material presented an approach that would guarantee safety. The remaining challenge would be to demonstrate efficacy. One measurement of efficacy was the time to clot, which presented a classic engineering tradeoff problem. It turned out the clotting efficacy as measured by time to clot was not compromised by the target peak temperature as can be seen in the figure.

In summary, Z-Medica's zeolite based QuikClot® brand products provide an extremely effective toolkit to stop bleeding of any kind, brisk or oozing. Mechanisms of action include:

- Adsorption of water thereby accelerating fibrin formation Platelet activation
- Activation of the coagulation cascade due to the "glass effect"
- Supplying a resource for $Ca^{++}$, a cofactor in the coagulation cascade
- A large zeolite pore surface area facilitating fibrin formation



Z-Medica Corporation, 4 Fairfield Blvd., Wallingford, CT 06492, P: 203.294.0000, F: 203.294.0688
Website: www.z-medica.com, www.quikclot.com

Copyright, Z-Medica Corporation, 2008. All rights reserved.

Z-MEDICA

# QUIKCLOT® HEMOSTAT PRODUCT DESCRIPTION AND HANDLING IN HOSPITAL EMERGENCY DEPARTMENTS

## QuikClot® 1st Response™, QuikClot® ACS+™, QuikClot® Sport™ Product Line

The QuikClot® family of products is a novel group of hemostatic devices based on zeolite which are FDA cleared for the treatment of bleeding external wounds.

1. **Synthetic zeolite is an inert mineral, and has no biological properties.** It is not a medication and has no systemic activity. Its action is mainly due to its ability to adsorb water via a physical reaction. Mechanisms of action in controlling bleeding are in part due to the absorbance of serum at the bleeding site so that platelets and coagulation factors are concentrated and activated and a clot is rapidly formed.
2. **QuikClot® has no known complications or side effects.** The 3rd generation of QuikClot® products (QuikClot® 1st Response™, QuikClot® ACS+™, QuikClot® Sport™) have completely resolved the potential risk of causing heat-related injury and do not carry any other risk of known complications. Average wound temperature is 105° F, and reverts to normal within 2-3 minutes.
3. **QuikClot® bandages are available in three sizes:** 25 gram, 3.5"x 3.5"; 50 gram, 5"x 5"; and 100 gram, 5"x10".
4. **QuikClot® should be applied** to a bleeding wound similarly to any other gauze material. The wound should be packed firmly and more than one bag of QuikClot® may be needed in larger wounds. Once the wound is packed properly, pressure should be applied for 3-5 minutes depending mainly on the severity of bleeding (large arterial bleedings will require pressure for a longer time than minor bleedings). It is recommended that the packing with QuikClot® is left in place and not removed until the patient is safely transported to a medical facility where trained health care professional can remove it.
5. **QuikClot® products (except QuikClot® Sport™) have a blue X-ray identifier,** which will appear as a 1" rod to aid in locating QuikClot® in a treated wound.
6. **QuikClot® should be removed similarly to any other gauze packing:** irrigation can be used when indicated or dry removal can also be used. In presence of severe arterial or venous bleedings, removal should be done directly in the operating room. In case the mesh bag is broken during manipulation and beads are dispersed in the wound it is recommended to remove them by irrigation or suction.
7. **QuikClot® products have a 3 year shelf life, are sterilized during manufacturing, and are vacuum packed.**

**The use of QuikClot® should NOT CHANGE or affect the standard of care on treatment of bleeding such as IV fluids or any other mean of resuscitation.**

Z-medica 203-294-0000

4 Fairfield Blvd
Wallingford, CT 06492

Z-MEDICA

## QuikClot® in the Wound

**Product may not be visible as it may be wrapped up with gauze or other bandages. The X-ray identifier in QuikClot® should show approximate location.**

Once wound is un-packed QuikClot® will look as any other gauze in the wound. This is a 3" femoral laceration with 100 grams of QuikClot®.

Notice: no active bleeding.



QuikClot® can be removed with forceps and saline solution. Note: Be prepared for re-bleeding when removing the product as the clot may be disturbed!



Depending on time in the wound a heavy clot may be present. Any loose beads can be suctioned and removed at this time.

Clot in the wound site



Clot removed



Z-medica 203-294-0000
4 Fairfield Blvd
Wallingford, CT 06492

Z-MEDICA

## QuikClot® Products

QuikClot® 25 & 50 Gram′ QuikClot ®ACS+ & 100 Gram 1st Response



(Note: the blue X-ray identifier is in the upper corner)

QuikClot® units are easy to open and to apply directly to bleeding source.

**Opening Package** **Appling to Wound**








Z-medica 203-294-0000
4 Fairfield Blvd
Wallingford, CT 06492

ZMT0566

# Stops Bleeding Fast.™







**Contains silver, an active antibacterial ingredient!**

- For temporary external use to control bleeding
- Accelerates clotting — STOPS bleeding fast

- For temporary external use to control bleeding
- Accelerates clotting — STOPS bleeding fast
- Active antibacterial ingredient: Ionic Silver, 26 mg/g max.

## Let the Adventure Continue

Being hurt far from where you can get immediate medical attention can really slow you down, or worse. With QuikClot® Sport™ you can stop bleeding fast, bleeding that might otherwise be difficult to control. With bleeding under control, you can seek medical attention — then let the adventure continue.

## Proven Technology

QuikClot® Sport™ is similar to the full line of QuikClot® products. These products range from those used by the US Military, Emergency Medical Systems and by Law Enforcement Departments across the US. While every situation is different, QuikClot® has saved hundreds of lives and in the right situation it can make an important difference for you.

## Add to your First Aid Kit — for You, for Them

Adding QuikClot® Sport™ to your first aid kit could be one of the best things you have ever done. If you are alone — there is nothing like it to stop bleeding. If you are with a group, in an emergency think how great to be the one with the QuikClot®.

## DIRECTIONS FOR USE




1. Open package and remove QuikClot Sport.



2. Place QuikClot Sport over wound and use it to apply pressure directly over bleeding source. (More than one QuikClot Sport may be required.)



3. Continue to apply pressure until bleeding stops.



4. Leave QuikClot Sport in place. Wrap to secure in the wound. Do not remove until medical care is available. If wound re-bleeds, apply a new QuikClot Sport. Seek IMMEDIATE medical attention.

Z-MEDICA *The Greatest Privilege Is To Make A Difference*®

Z-Medica Corporation
203-294-0000
info@z-medica.com
www.z-medica.com

**For more information, or a presentation, please call or visit us on the web at**

**z-medica.com**

"QuikClot" is a registered trademark of Z-Medica Corporation
"QuikClot Silver" is a trademark of Z-Medica Corporation
ZMT042

# Stops Bleeding Fast.™




# Two smart choices,

Whether it is QuikClot® Sport™ or QuikClot® Sport™ Silver, you get an outstanding hemostatic agent that stops bleeding fast. With QuikClot® Sport™ there is the added antibacterial advantage of ionic silver. Silver acts to prevent the growth of bacteria and fungi which can be especially important if medical care is not immediately available.

# for your next adventure.






Z-MEDICA *The Greatest Privilege Is To Make A Difference®.*

**Z-Medica Corporation** **203-294-0000** **info@z-medica.com** **www.z-medica.com**


Traumatic Wound
To Stop
EMERGENCY EXTERNAL
NOT EAT

Z-MEDICA *The greatest privilege is to make a difference.*

QuikClot
It's all about saving lives

Giacomo Basadonna MD, PHD
Chief Medical Officer

4 Fairfield Blvd, Wallingford, CT 06492
P: 203.294.0000 x233
F: 203.294.0688
C: 508.523.7266
Web: www.z-medica.com
Email:gbasadonna@z-medica.com