IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD.

*Plaintiffs,*

vs.

Z-MEDICA CORPORATION

*Defendant.*

Case No. 08-cv0044(ML)

**WITHDRAWAL OF APPEARANCE**

I, John B. Garry, hereby withdraw my appearance on behalf of the Plaintiffs, Amtrans Health, LLC and Sagar Fossil Fuel Technologies Pvt. Ltd.

Plaintiffs

AMTRANS HEALTH, LLC et al.

By their attorneys,

/s/ John B. Garry

John B. Garry (#6318)
Gregory L. Benik (#1515)
Benik & Associates P.C.
931 Jefferson Boulevard, Suite 2008
Tel. (401) 738-2940
Fax (401) 732-5054

Dated: May 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May, 2008, the foregoing was filed electronically with the Clerk of Court and served upon opposing counsel by operation of the Court's electronic filing system.

John B. Garry