**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**AMTRANS HEALTH, LLC and**
**SAGAR FOSSIL FUEL**
**TECHNOLOGIES PVT. LTD**
**Plaintiffs**

**CIVIL NO. 08-cv0044(ML)**

**v.**

**Z-MEDICA CORPORATION**
**Defendant**

**NOTICE OF APPEAL**

Now come **AMTRANS HEALTH, LLC** and **SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD**, Plaintiffs in the above encaptioned action, and pursuant to the provisions of LRCv72(c)(1), hereby appeal to the District Court from the ruling of Magistrate Judge Martin dated May 19, 2008. The reasons for said appeal are set forth in the accompanying Memorandum.

**AMTRANS HEALTH, LLC et al**
By its attorney,

/s/ Gerard M. DeCelles

Gerard M. DeCelles, #1394
1536 Westminster Street
Providence, RI 02909
Tel (401) 272-8998
Fax (401) 272-4907

rn100-479/25