**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AMTRANS HEALTH, LLC and SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD., | : | CIVIL NO. 08cv0044(ML) |
| Plaintiffs, | : | |
| V. | : | |
| Z-MEDICA CORPORATION, | : | |
| Defendant. | : | |
| | : | June 6, 2008 |

**DEFENDANT Z-MEDICA'S OPPOSITION TO PLAINTIFFS' APPEAL OF ORDER DENYING MOTION TO PERMIT JURISDICTIONAL DISCOVERY**

Pursuant to L. Cv. R. 72(c)(2), Defendant Z-Medica Corporation ("Z-Medica") respectfully requests that the Court deny Plaintiffs' appeal (Doc. No. 21) of Magistrate Judge Martin's order (Doc. No. 19) denying Plaintiffs' motion to permit jurisdictional discovery (Doc. No. 15). For the reasons set forth in the accompanying Memorandum of Law and Judge Martin's order, as well as the reasons set forth in Z-Medica's Opposition to Plaintiffs' Motion to Permit Discovery (Doc. No. 17), Motion to Dismiss for Lack of Jurisdiction (Doc. No. 10), Memorandum in Support thereof, and Reply in Further Support of Motion to Dismiss (Doc. No. 16), the Court should deny Plaintiffs' appeal. Plaintiffs have failed to set forth a colorable basis for personal jurisdiction in this Court and therefore Plaintiffs are not entitled to jurisdictional discovery. Plaintiffs have failed to provide the Court with any valid reason to overturn Judge Martin's well-reasoned order.

Respectfully Submitted,

DEFENDANT
Z-MEDICA CORPORATION

By_____/s/ Dana M. Horton___

Dana M. Horton, RI Bar No. 6251
dhorton@rc.com
Craig A. Raabe, *pro hac vice*
craabe@rc.com
Nuala E. Droney, *pro hac vice*
ndroney@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on the 6th day of June 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Dana M. Horton
Dana M. Horton