# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**AMTRANS HEALTH, LLC. And SAGAR FOSSIL FUEL TECHNOLOGIES PVT. LTD.**

**Vs.** **C.A. NO. 08-44ML**

**Z-MEDICA CORPORATION**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Z-Medica Corporation, against the plaintiffs, Amtrans Health, LLC. And Sagar Fossil Fuel Technologies Pvt., Ltd. pursuant to the Memorandum and Order dated August 20, 2008 GRANTING defendant's Motion to Dismiss and DENYING plaintiff's appeal of Magistrate's Order denying their Motion for Discovery.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: August 20, 2008